139556

RECEIVED
BY MAIL
APR 30 2002
CLERK US DIST COURT
ST. PAUL, MN

**UNITED STATES DISTRICT COURT**
**District of Minnesota**
**Clerk's Office, 708 Federal Building**
**316 North Robert St., St. Paul, MN 55101, Phone: (651)848-1100**

**PETITION FOR ADMISSION PRO HAC VICE**

**Case Number:** 02-861 RHK/SRN **Case Title:** Navarre Corporation v. Red Hat, Inc.

**Affidavit of Movant**

I, Jeanette M. Bazis, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Hayden J. Silver, an attorney admitted to practice in the Eastern District of N. Carolina, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff(x)defendant Red Hat, Inc. in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

Signature — MN Attorney License # ~~255646~~ 225646 — Date 4/29/02

**Affidavit of Proposed Admittee**

I, Hayden J. Silver, III, am currently a member in good standing of the U.S. District Court for the Eastern District of North Carolina, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Hayden J. Silver, III
Type/Print Name — Signature — Date 4/24/02

Attorney License Number: N.C. State Bar No. 10037

Law Firm Name & Address:
KILPATRICK STOCKTON LLP
3737 Glenwood Avenue, Suite 400
Raleigh, North Carolina 27612

Telephone: (919) 420-1700

Motion Granted: ______ APR 30 2002
For the Court: ~~Francis E. Dosal~~, Clerk — Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED APR 30 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______