**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Navarre Corporation,

Plaintiff,

vs.

CV 02-861 RHK/SRN

Red Hat Inc.,

Defendant.

---

**ORDER FOR REASSIGNMENT OF RELATED CASES**

Red Hat, Inc.

Plaintiff,

vs.

CV 02-1325 ADM/AJB

Navarre Corporation,

Defendant.

---

Case No. 02-861 having been assigned to Judge Richard H. Kyle and Case No. 02-1325 having later been assigned to Judge Ann D. Montgomery, said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 02-1325 be assigned to Judge Richard H. Kyle and Magistrate Judge Susan R. Nelson, nunc pro tunc, by use of a card on the Master List of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated November 9, 2000.

**IT IS FINALLY ORDERED** that a copy of this order shall be placed in each of the above respective files.

Dated: July 31, 2002

Richard H. Kyle, Judge
United States District Court

Dated: August 1, 2002

Ann D. Montgomery, Judge
United States District Court

FILED AUG 02 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK