UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NAVARRE CORPORATION,

Plaintiff,

vs CV 02-861 RHK/SRN

RED HAT, INC.
fka
Red Hat Software

Defendant.

**ORDER OF DISMISSAL**

The Court having been advised that the above action has been settled, the parties needing additional time to finalize a settlement agreement,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for thirty (30) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: August 21, 2002

RICHARD H. KYLE, JUDGE
U.S. DISTRICT COURT

FILED AUG 21 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______