UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Navarre Corporation,

Plaintiff,

vs.

Red Hat, Inc.,

Defendant.

Court File No. 02-861 (RHK/SRN)

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

---

**STIPULATION**

All issues in the above-captioned action by and between the Plaintiff Navarre Corporation, on the one hand, and Defendant Red Hat, Inc., on the other hand, have been fully and finally compromised and settled.

Therefore, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto through their respective counsel of record, that all claims shall be dismissed with prejudice, upon the merits and without costs or disbursements to any party, and that the Court may direct entry of judgment of dismissal of the entire action with prejudice and on the merits.

Dated: 9/16, 2002

**WINTHROP & WEINSTINE, P.A.**

By: Matthew R. McBride

Matthew R. McBride, #261981
3200 Minnesota World Trade Center
30 East Seventh Street
St. Paul, Minnesota 55101
Telephone: (651) 290-8400

*Attorneys for Plaintiff Navarre Corporation*

FILED SEP 17 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD SEP 17 2002
DEPUTY CLERK

Dated: Sept. 13, 2002

**GREENE ESPEL, P.L.L.P.**

By: Jeanette M. Bazis
Jeanette M. Bazis, #255646
200 South Sixth Street
Suite 1200
Minneapolis, MN 55402
Telephone: (612) 373-0830

and

**KILPATRICK STOCKTON, L.L.P.**
Hayden J. Silver, III, #10037
3737 Glenwood Avenue, #400
Raleigh, NC 27612
Telephone: (919) 420-1800

*Attorneys for Defendant Red Hat, Inc.*

**ORDER**

Pursuant to the foregoing Stipulation and upon the joint application of counsel, IT IS HEREBY ORDERED that all claims in the above-captioned matter are dismissed with prejudice, upon the merits and without costs or disbursements to any party, and that this action is dismissed in its entirety with prejudice and on the merits.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED this 16th day of September, 2002.

BY THE COURT:

By: Richard H. Kyle
The Honorable Richard H. Kyle
Judge of United States District Court

idmsstp:662062_1